Case 6:19-cv-01071-JWB-JPO   Document 6   Filed 04/11/19   Page 1 of 2



**FILED**
U.S. District Court
District of Kansas

APR 1 1 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TESSA A. KOEHN, <br><br> Defendant. | Civil Action No. 6:19-cv-01071-JWB-JPO |

### ANSWER

COMES NOW the Defendant Tessa A. Koehn in answering the allegations of the Complaint on file herein, admits, denies, and alleges as follows.

Answering the allegations of Paragraph 1-2 of the Complaint herein, Defendant admits all facts.

Answering the allegations of Paragraph 3 of the Complaint herein, Defendant lacks knowledge to admit or deny.

Answering the allegations of Paragraph 4-9 of the Complaint herein, Defendant admits all facts.

Answering the allegations of Paragraph 10 of the Complaint herein, Defendant lacks knowledge to admit or deny.

Answering the allegations of Paragraph 11-14 of the Complaint herein, Defendant admits all facts.

Answering the allegations of Paragraph of 15 of the Complaint herein, Defendant denies claim that "he was not capable of making a sound decision".

Answering the allegations of Paragraph 16-18 of the Complaint herein, Defendant admits all facts.

Answering Count 1 - Paragraph 19-22 of the Complaint herein, Defendant admits

all facts.

Answering Count 2- Answering the allegations of Paragraph 23-25 of the Complaint herein, Defendant admits all facts.

Answering the allegations of Paragraph 26 of the complaint herein, Defendant denies refusal to return funds.

Ansering the Allegations of Paragraph 27-28 of the complaint herein, Defendant admits all facts.

Dated: 4-11-19

Respectfully submitted,

Tessa A. Koehn
1311 E. 33rd Street, Apt 203A
Hays, KS 67601
Tel: 785-639-6636
Email: takoehn1705@yahoo.com

By: *(signature)*
Tessa A. Koehn
Self represented